UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20575-KMM

**OSCAR HERRERA**,

Plaintiff,

vs.

**SUVICHE HOSPITALITY GROUP LLC**,

Defendant.
_________________________________/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff OSCAR HERRERA and Defendants SUVICHE HOSPITALITY GROUP, LLC, through undersigned counsel, hereby give notice that they have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, the parties respectfully request that the Court provide them with twenty (20) days from the date of this Notice to finalize their settlement agreement and file the appropriate dismissal document.

Dated: April 3, 2024.

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
8751 W. Broward Blvd., Suite 303
Plantation, FL 33324
T. 954/362-3800
954/362-3779 (Facsimile)
Email: rhannah@rhannahlaw.com

By *s/ Roderick V. Hannah*
RODERICK V. HANNAH
Fla. Bar No. 435384

**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email:duranandassociates@gmail.com

By *s/ Pelayo M. Duran*
PELAYO M. DURAN
Fla. Bar No. 0146595

**MCGUINNESS & CICERO**
Counsel for Defendant
1000 Sawgrass Corporate Parkway, Suite 590
Sunrise, Florida 33323
Main: (954) 838-8832 / Fax: (954) 838-8842
Email: dax.dietiker@mc-atty.com

By: ___*/s/ Dax Dietiker*__________
DAX DIETIKER, ESQ.
Fla. Bar No. 118167