UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20575-KMM

**OSCAR HERRERA**,

Plaintiff,

vs.

**SUVICHE HOSPITALITY GROUP LLC**,

Defendant.
________________________________/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff OSCAR HERRERA, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated: June 3, 2024

Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
4800 N. Hiatus Road
Sunrise, FL 33351
T. 954/362-3800
954/362-3779 (Facsimile)
Email: rhannah@rhannahlaw.com

By *s/ Roderick V. Hannah*
RODERICK V. HANNAH
Fla. Bar No. 435384

**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email: pduran@pelayoduran.com

By *s/ Pelayo M. Duran*
PELAYO M. DURAN
Fla. Bar No. 0146595

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of June, 2024, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Dax Dietiker, Esq.
McGUINNESS & CICERO
1000 Sawgrass Corporate Parkway, Suite 590
Sunrise, FL 333243
954) 838-8832
Dax.dietiker@mc-atty.com

*Counsel for Defendant*
*SUVICHE HOSPITALITY GROUP LLC*

*/s/ Roderick V. Hannah*
Roderick V. Hannah